UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10CR00390 AGF |
| ) | |
| VERNON WILSON, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on defendant Vernon Wilson's motions to suppress statements [Doc. #7, oral motion]; to dismiss indictment [Doc. #17]; to exclude use of photographs at trial [Doc. #18]; to disclose expert testimony [Doc. #19]; to exclude prejudicial terms at trial [Doc. #20]; and to produce grand jury materials [Doc. #21], law enforcement agents' rough notes [Doc. #22], and materials favorable to the defendant [Docs. #23, 24]; the motions of the government to determine the admissibility of arguably suppressible evidence [Docs. #8, 13]; and the Order and Recommendation of the U.S. Magistrate Judge.

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate Judge David D. Noce. Judge Noce held an evidentiary hearing and recommended that the motions either be denied or be reserved for determination at the time of trial. Defendant has not filed any objections to the Order and Recommendation, and his time for doing so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Recommendation of the United States Magistrate Judge [Doc. #29] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motions to suppress statements [Doc. #7, oral motion], to dismiss indictment [Doc. #17], to disclose expert testimony [Doc. #19], to produce grand jury materials [Doc. #21], to produce law enforcement agents' rough notes [Doc. #22], and to produce materials favorable to the defendant [Docs. #23, 24] are **DENIED**.

**IT IS FURTHER ORDERED** that the motions to exclude photographs [Doc. #18] and the motion to exclude prejudicial terms at trial [Doc. #20] shall be reserved for determination at the time of the trial or pretrial conference.

**IT IS FURTHER ORDERED** that the motions of the government to determine the admissibility of arguably suppressible evidence [Docs. #8, 13] are **DENIED as moot**.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 8th day of November, 2010.