**AO 435 (Rev. 03/08)** RECEIVED

Administrative Office of the United States Courts

**FOR COURT USE ONLY**
**DUE DATE:**

Please Read Instructions   FEB. 2 2011

## TRANSCRIPT ORDER

| 1. NAME | 2. PHONE NUMBER | 3. DATE | |
|---|---|---|---|
| Shira, Gordon SIRICT COURT OF MD | (847) 217-9505 | 2/18/2011 | |
| 4. MAILING ADDRESS EASTERN DISTRICT | 5. CITY | 6. STATE | 7. ZIP CODE |
| 601 D. Street NW, 5531 | Washington | DC | 20004 |

| 8. CASE NUMBER | 9. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 4:10cr390 AGF | David D. Noce | 10. FROM 9/23/2010 | 11. TO 9/23/2010 |
| 12. CASE NAME | | LOCATION OF PROCEEDINGS | |
| US v. Vernon Wilson | | 13. CITY St. Louis | 14. STATE Missouri |

**15. ORDER FOR**

| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | | DATE(S) | PORTION(S) | | DATE(S) |
|---|---|---|---|---|---|
| ☐ VOIR DIRE | | | ☐ TESTIMONY (Specify Witness) | | |
| ☐ OPENING STATEMENT (Plaintiff) | | | | | |
| ☐ OPENING STATEMENT (Defendant) | | | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | | ☒ PRE-TRIAL PROCEEDING (Spcy) | | |
| ☐ CLOSING ARGUMENT (Defendant) | | | Motion Hearing 9/23/2010 | | |
| ☐ OPINION OF COURT | | | | | |
| ☐ JURY INSTRUCTIONS | | | ☐ OTHER (Specify) | | |
| ☐ SENTENCING | | | | | |
| ☐ BAIL HEARING | | | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COST |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE  2/22/11 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

CRM-11-212