*writ issued*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
FEB 25 2011
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:10CR00390 AGF ) |
| VERNON WILSON, | ) ) |
| Defendant. | ) ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Comes now the United States of America, by Richard G. Callahan, United States Attorney for the Eastern District of Missouri, through Fara Gold, DOJ Trial Attorney/Civil Rights Division , informs the Court that there is presently in the custody of the Warden, St. Francois County Jail, one JASON GULLETT, #1138338 whose testimony is necessary in order to obtain a full, complete, and proper inquiry into the allegations in the trial against the above defendant.

It is further stated that it will be necessary to temporarily remove the said witness from such custody so that the witness may testify at trial.

WHEREFORE, your petitioner prays this Court to issue a writ of habeas corpus ad testificandum directing any United States Marshal or any other authorized officer to produce the body of the said JASON GULLETT, #1138338, before this Court to testify in this cause, and upon completion of such testimony to return the witness to present custody.

RICHARD G. CALLAHAN
United States Attorney

FOR _____
FARA GOLD/DOJ TRIAL ATTORNEY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Eastern Division of the | ) |
| Eastern District of Missouri | ) |

I, FARA GOLD being duly sworn, on oath states that the statements contained in the foregoing application are true.

_____
FOR FARA GOLD, DOJ TRIAL ATTORNEY

Subscribed and sworn to before me this 25 day of February, 2011.

JAMES WOODWARD, CLERK
UNITED STATES DISTRICT COURT

By: _Elizabeth A. Kirkland_
Deputy Clerk

TO THE CLERK OF THE DISTRICT COURT:

You are hereby ordered to issue the writ of habeas corpus ad prosequendum as prayed for in the foregoing application.

_____
HONORABLE TERRY I. ADELMAN
UNITED STATES MAGISTRATE JUDGE

2