# Criminal Courtroom Minute Sheet U.S.D.C for the Eastern District of Missouri

CASE NO. __4:10CR 390 AGF__   Date: __2/28/2011__   Jury Trial: Day __1__

Style: __USA__ Vs. __Vernon Wilson__

JUDGE:

Court Reporter: __Patti Dunn Weche__   Deputy Clerk: __R. Luhan__

Attorney(s) for Government(s): __Sara Gold, Patricia Sumner__

Attorney(s) for Defendant(s): __Burton Shostak, Grant Shostak__

☒ Jury and alternate empaneled and sworn ☒ Opening statement of ☒ Govt ☒ Deft made.

☒ Government evidence ☒ commenced ☐ resumed ☐ and ☒ but not ☒ concluded.

☐ Oral ☐ Written Motion of Deft for judgment of acquittal at close of Govt's case ☐ filed
  ☐ made/argued under each Count of ☐ Indictment ☐ Information And is ☐ Overruled/Denied
  ☐ Sustained ☐ Court reserved ruling ☐ taken under submission.

☐ Counts _____ dismissed.

☐ Defendant granted leave to file written motion.

☐ Defendant evidence ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Government evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Defendant evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Oral ☐ Written Motion of Deft for judgment of acquittal at close of Govt's case ☐ filed
  ☐ made/argued under each Count of ☐ Indictment ☐ Information And is ☐ Overruled/Denied
  ☐ Sustained ☐ Court reserved ruling ☐ taken under submission.

☐ Defendant granted leave to file written motion.

☐ Closing arguments of counsel made.

☐ Jury charged and retires to consider its verdict(s). **Note times for jury deliberations.**

☐ Ordered that alternate juror(s) be excused.

☐ Jury not having reached a verdict by _____ am/pm is excused to resume deliberations on _____ at _____ am/pm.

☐ Jury returns. Court advised of jury's inability to agree upon a verdict. Submission of cause to jury vacated, jury discharged, and a mistrial declared.

☐ Court resets trial for _____ at _____ am/pm.

☐ Verdict returned (See verdict form.) ☐ Jury is polled on motion of ☐ govt ☐ deft ☐ Court.

☐ Sentencing deferred to _____ at _____ am/pm.

☐ Judgment of acquittal filed.

☐ Defendant released on bond until date of sentencing.

☐ Defendant remanded to custody of USM.

☐ Notice to counsel re: designation of the record and statement of issues pursuant to 8th Circuit Local Rule 11 furnished to defendant's(s') attorney(s). Attorney(s) advised to sign attachment and send to USCA within 10 days.

☐ Exhibits ☐ Depositions retained by ☐ Court ☐ Counsel.

☒ Proceedings to continue __Thursday 3/1/2011__ at __9:15__ (am)/pm

☐ _____

JURY DELIBERATIONS: COMMENCED: _____   CONCLUDED: _____

PROCEEDINGS: COMMENCED: __8:31__   CONCLUDED: __8:51__
              COMMENCED: __9:37__   CONCLUDED: __12:50__

                  2:10                          5:06