UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CR00390AGF |
| | ) | |
| VERNON WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

Inasmuch as application for the appointment of counsel is properly directed to the Eighth Circuit Court of Appeals, the portion of the docket text order entered on July 21, 2011 appointing Matthew Radefeld as attorney for defendant Vernon Wilson is hereby **VACATED**.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of July, 2011.